UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. MJ-03-M-243-JLA |
| | ) |
| DAVID PEREZ, | ) |
| Defendant | ) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and supporting affidavit in this case. As grounds for this motion, the government states that the defendant was taken into custody today.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney

11/18/03 ALEXANDER, U.S.M.J. ALLOWED.