# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

David Perez
720 S. Dobson Road
Mesa, Arizona 85202

**WARRANT FOR ARREST**

CASE NUMBER: MJ-03-M-243-JLA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ David Perez _____
                                                       Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
being a felon in possession of a firearm

in violation of
Title _____ 18 _____ United States Code, Section(s) 922(g)(1)

JOYCE LONDON ALEXANDER
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

11/14/03   BOSTON, MASS.
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER   ATF- Arizona | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/18/03 | |

This form was electronically produced by Elite Federal Forms, Inc.