# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 24, 2003

Clerk of Court
United States District Court
2300 John Joseph Moakley
  United States Courthouse
One Courthouse Way
Boston, MA  02210-3002

RE:  USA v. David Perez
Your case number:
Arizona case number:  03-5276M-001

Dear Clerk of the Court:

The above charge originated in your district.  The defendant has appeared before Morton Sitver in the District of Arizona.  The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: _____
Kris Railsback
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

November 24, 2003

Clerk of Court
United States District Court
2300 John Joseph Moakley
  United States Courthouse
One Courthouse Way
Boston, MA  02210-3002

RE:  USA v. David Perez
Your case number:
Arizona case number:  03-5276M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Morton Sitver in the District of Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: _____
Kris Railsback
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____ ARIZONA

| UNITED STATES OF AMERICA<br>V.<br><br>David Perez | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 03-05276m | MJ-03-M-243-JLA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment    ☐ Information    ☒ Complaint    ☐ Other (specify)

charging a violation of   Felon in Possession

**DISTRICT OF OFFENSE**
DISTRICT OF MASSACHUSETTS

**DESCRIPTION OF CHARGES:**

Felon in Possession

*(Stamp: DISTRICT OF ARIZONA '03 NOV 21 12:59 — RECEIVED U.S. MARSHALS SERVICE)*

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**    ☐ Retained Own Counsel    ☒ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☒ No    ☐ Yes    Language:

DISTRICT OF ARIZONA

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 18, 2003                         _[signature]_
Date                                    United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | ☐ FILED ☐ LODGED RECEIVED COPY |

IN THE CASE OF: United States v.s. David Perez

FOR: ___
AT: ___

NOV 18 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

PERSON REPRESENTED (Show your full name): **David Perez**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 03-5276m
District Court: ___
Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

**Felon in Possession of a Firearm - Rule 40**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Metro Auto Glass Mesa, AZ
IF YES, how much do you earn per month? $ 600.00 average
IF NO, give month and year of last employment. How much did you earn per month? $ ___

If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 0
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED: $ ___   SOURCES: ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE: ___   DESCRIPTION: ___

MARITAL STATUS: ☒ MARRIED
___ SINGLE
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: David Perez, Jr (son - 10)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| cell phone | $ | $ 100.00 |
| support for child | $ | $ 200.00 |
| food, etc. | $ | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/18/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ David Perez

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA - Phoenix

MAGISTRATE JUDGE'S MINUTES

DATE: 11/18/2003   CASE NUMBER: 03-05276M-001

```
                    FILED       LODGED
                    RECEIVED    COPY

                    NOV 2 4 2003

                    CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                    BY                DEPUTY
```

USA vs. David Perez

U.S. MAGISTRATE JUDGE: MORTON SITVER   #: 70AC

A.U.S. Attorney Darcy A. Cerow              INTERPRETER _____
                                            LANGUAGE _____

Attorney for Defendant Donna Elm (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 11/18/2003            ☒ Initial Appearance            ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ Defendant Sworn               ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                              in Defendant's true name.

| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>　　☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br><br>☒ Warrant of removal issued. |
| --- | --- |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: _____<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Defendant reserves his right to a detention and prelim hrg in the prosecuting district.

RECORDED by Courtsmart
BY: Phylis Durbin
Deputy Clerk



AO 466 (Rev. 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY
NOV 1 0 2003
CLERK U S DIST CT
DIST ARIZONA
_____ DEPUTY

UNITED STATES OF AMERICA
V.
David Perez

**WAIVER OF RULE 5(c)(3) HEARINGS**
(formerly Rule 40)

CASE NUMBER: 03-5276m

I, David Perez, understand that in the _____ District of Massachusettes, charges are pending alleging violation of Felon in Possession of a Firearm and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing
( ) preliminary examination
( ) identity hearing and have been informed I have no right to a preliminary examination
(X) identity hearing but request a preliminary examination be held in the prosecuting district
(X) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

11-18-03
Date

_____
Defense Counsel

(3)