UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1) DAVID PEREZ )<br>2) FRANCISCO RIVERA )<br>        Defendants. )<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 03CR 10389-PBS<br><br>VIOLATION:<br>Cts. 1 & 2: 18 U.S.C. § 922 (g)(1)<br>Felon in Possession of<br>a Firearm<br>Ct. 3: 18 U.S.C. § 922(k)<br>Possession of a Firearm with<br>Obliterated Serial Number |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)

The Grand Jury charges that:

On or about February 14, 2001, at Lowell, in the District of Massachusetts,

### DAVID PEREZ

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit:

   1) a Sundance Industries .25 caliber pistol, serial number 048288; and

   2) a Glock model 23, .40 caliber pistol, with an obliterated serial number.

   All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:** **(18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm)**

The Grand Jury further charges that:

On or about February 14, 2001, at Lowell, in the District of Massachusetts,

### FRANCISCO RIVERA

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit:

1) a Sundance Industries .25 caliber pistol, serial number 048288; and

2) a Glock model 23, .40 caliber pistol, with an obliterated serial number.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE:** (18 U.S.C. § 922(g)(1) -- Possession of a Firearm with an Obliterated Serial Number)

The Grand Jury further charges that:

On or about February 14, 2001, at Lowell, in the District of Massachusetts,

**FRANCISCO RIVERA**

the defendant herein, did knowingly possess a firearm, to wit, a Glock model 23, .40 caliber pistol, from which the manufacturer's serial number had been removed and obliterated, and which firearm had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(k).

A TRUE BILL

*[signature]* 12/10/03
FOREPERSON OF THE GRAND JURY


*Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS           December 17, 2003 @ 3:53 PM

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __ATF__

City __Lowell, MA__    Related Case Information:

County __Middlesex__   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __MJ-03-M-243-JLA__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __David Perez__    Juvenile ☐ Yes ☒ No

Alias Name __Juan Gonzalez__

Address __720 S. Dobson Road, Mesa, Arizona 85202__

Birth date: __xx/xx/73__  SS#: __xxx-xx-8017__  Sex: __M__  Race: __Hispanic__  Nationality: __US__

Defense Counsel if known: __John W. Laymon__    Address: __40 Court__
__Boston, MA 02108__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__    Bar Number if applicable __0787700 (Florida)__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __November 18, 2003 (in Arizona)__

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12-17-03__   Signature of AUSA: _Sandra S. Bower_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   David Perez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) | Felon in possession of a firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Perez-JS45.wpd - 3/13/02

≫JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**           Category No. __II__      Investigating Agency __ATF__

City __Lowell, MA__             Related Case Information:

County __Middlesex__            Superseding Ind./ Inf. _____ Case No. _____
                                Same Defendant _____ New Defendant _____
                                Magistrate Judge Case Number __03M-1147-JGD__
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Francisco Rivera__          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __110 Westford Street, Lowell, MA__

Birth date: __xx/xx/78__  SS#: __xxx-xx-7711__  Sex: __m__  Race: __Hispanic__  Nationality: __US__

Defense Counsel if known: __Owen Walker__    Address: __Federal Public Defender__
                                                      __408 Atlantic Ave. Boston MA 02110__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__                     Bar Number if applicable __0787700 (Florida)__

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: __December 5, 2003__

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __12-17-03__        Signature of AUSA: *Sandra S Bower*

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Francisco Rivera _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 922(g)(1) | Felon in possession of a firearm | 2 |
| Set 2  18 USC 922(k) | Poss. of firearm w/ obliterated serial number | 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

riverajs45updated.wpd - 3/13/02