United States District Court
District Court of Massachusetts

2003 DEC 17 P 12:00

Criminal No.
MJ-03-M-243-JLA

U.S. DISTRICT COURT
DISTRICT OF MASS.

United Stated of America

v.

David Perez
    Defendant

## The Parties Agreed To Motion To Continue Detention Hearing

Now comes the Defendant, David Perez, by his attorney, John W. Laymon, Esq. and the Government, by its attorney, AUSA Sandra Bower and moves this Honorable Court to continue the detention hearing from December 15, 2003 to December 18, 2003.

As grounds for this motion, the defendant asserts that his attorney was recently appointed to represent him in this case and he needs additional time to prepare for the hearing. The Government agrees and consents to this continuance. For the aforementioned reasons, the previously scheduled detention hearing should be continued.

| United States of America | David Perez |
|---|---|
| By its attorney | By his attorney |
| *[signature]* | *[signature]* |
| AUSA Susan Bower | John W. Laymon, Esq |
| U.S.A. Attorney's Office | Law Offices of John W. Laymon |
| John Joseph Moackley | 40 Court Street- Suite 700 |
| U.S. Courthouse | Boston, MA 02108 |
| 1 Courthouse Way- Suite 9200 | (617) 723-4860 |
| Boston, MA 02210 | BBO # 289460 |

## CERTIFICATE OF SERVICE

I, John W. Laymon, Esq., hereby certify that I have served a copy of the aforementioned motion to AUSA Susan Bower, US Attorney's Office, J.J. Moakley US Courthouse, 1 Courthouse Way, Boston, MA 02210, via first class mail, postage prepaid.

_____
John W. Laymon, Esq.