# UNITED SSTATES DISTRICT COURT
# DISTRICT OF MASSSACHUSETTS

Crim. No. 03-10389 PBS

United States of America
v.
David Perez
Francisco Rivera

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Please take notice that I have relocated my Boston office as follows:

Law Offices of John W. Laymon
77 Franklin Street, 3rd Floor
Boston, Ma. 02110
617 338 0089
617 338 0090 (fax)

My Metro West office and telephone numbers remain the same.

David Perez
By his attorney

John W. Laymon
Law Office of John W. Laymon
77 Franklin St, 3rd Floor
Boston, Ma. 02110
617 338 0089
617 338 0090 (fax)
BBO#289460

## CERTIFICATE OF SERVICE

I, John W. Laymon hereby certify that I have served the following notice of change of address to the parties in this action on January 19, 2004, by mailing a copy thereof, via first class postage prepaid to the following counsel of record.

    Assistant United States Attorney Sandra Bower
    U. S. Atty's Office
    U. S. Courthouse
    1 Courthouse Way
    Boston, Ma. 02110

    Owen Walker
    Federal Defender
    408 Atlantic Avenue
    Boston, Ma. 02210 (rep.co. def)

_____
John W. Laymon