UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DAVID PEREZ
        Defendant

CRIMINAL CASE
NO. 03-10389 PBS

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    PLEASE TAKE NOTICE that the above-entitled case has been set for an **initial status conference** at **2:45 p.m.** on **Thursday, February 5, 2004,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

    The defendant need not be present on hearing date.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE
By the Court:

January 30, 2003
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice:    John Laymon, Esq.
             AUSA Sandra Bower, Esq.