IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 03-10389-PBS |
| | ) |
| DAVID PEREZ | ) |
| | ) |

<u>JOINT MOTION FOR EXCLUDABLE DELAY</u>

The United States and counsel for Defendant David Perez file this joint motion for excludable delay as follows:

1) The period of December 18, 2003, through January 15, 2004, should be excluded pursuant to Local Rule 112.2.

2) The defense has requested, without objection from the government, additional time to review the discovery and to make discovery requests. The Court has granted up to March 15, 2004, within which to make additional discovery requests. Thus, the time from February 5, 2004, through March 15, 2004, should be excluded for purposes of Speedy Trial.

3) The Court has scheduled the final status conference for April 29, 2004. The parties agree that the time from March 15, 2004, through April 29, 2004, should be excluded in that the interests of justice outweigh the public's and the defendant's

interest in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

4) A proposed order is attached to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

| | | |
|---|---|---|
| /s/ Sandra S. Bower | By: | /s/ Sandra S. Bower |
| JOHN W. LAYMON, Esq. | | SANDRA S. BOWER |
| 77 Franklin Street, 3rd Floor | | Assistant U.S. Attorney |
| Boston, MA 02110 | | 1 Courthouse Way, Suite 9200 |
| 617-338-0089 | | Boston, MA 02210 |
| | | 617-748-3184 |

2