UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                              CRIMINAL CASE
      V.                                        NO. 03-10389 PBS

DAVID PEREZ
            Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On February 5, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1.  There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2.  Features of the case that deserves special attention or modification of the standard schedule include: 1) the defendant's request for additional time for discovery; and 2) anticipation of a motion to suppress by the defendant;

3.  Need for supplemental discovery is unknown at this time;

4.  Discovery concerning expert witnesses pursuant to  Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) has been provided by the government in the form of ballistics reports and a report concerning restoration of an obliterated serial number.  The defendant does not expect to produce expert discovery;

5.  The applicable periods of excludable delay under the Speedy Trial Act include: December 18,2003, through January 15, 2004 (35 days); February 5, 2004, through March 15, 2004 (39 days); and March 15, 2004, through April, 29, 2004 (45 days), for a total of one hundred and nineteen (119) days.  The time period from January 16, 2004, through February 4, 2004 (20 days), has not yet been excluded.  The total amount of time to proceed to trial is fifty (50) days.  There is an anticipated motion to suppress that may cause additional excludable time.  The government shall file a joint motion for any additional periods of excludable delay;

6.  Trial is anticipated.  The estimated duration of a trial, if necessary, is three (3) days;

7.  There are no other matters.


        IT IS HEREBY ORDERED THAT

        A motion date pursuant to Fed. R. Crim. P. 12 (c) has not yet been established.   A **Final Status Conference**  is scheduled at **10:00 a.m.** on **April 29, 2004,** in Courtroom 24, 7th floor.

        **Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                HONORABLE JOYCE LONDON ALEXANDER
                                U.S. MAGISTRATE JUDGE

                                By the Court:


March 25, 2004                  /S/ Rex Brown
Date                            Courtroom Clerk
                                (617) 748-9238