UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10389-PBS |
| | ) | |
| DAVID PEREZ | ) | |

**ORDER OF EXCLUDABLE DELAY**

After consideration of the parties' joint motion , it is hereby ORDERED, pursuant to the Local Rules and 18 U.S.C. §§ 3161(h)(1) and 3161(h)(8)(A), that the following periods of time are excluded under the Speedy Trial Act in computing the time within which the defendant must be tried:

- December 18, 2003, through January 15, 2004;
- February 5, 2004, through March 15, 2004;
- March 15, 2004, through April 29, 2004.

/S/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

3/25/04
Date