UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                  ) | Criminal No. 03-CR-10389-PBS |
| ) | |
| ) | |
| ) | |
| **DAVID PEREZ**          ) | |

JOINT MOTION TO CONTINUE
FINAL STATUS CONFERENCE AND FOR EXCLUDABLE DELAY

The United States and counsel for defendant David Perez respectfully file this motion to continue the final status conference, currently scheduled for 10:15 a.m. on May 4, 2004, for one week, and for excludable delay. The parties state the following in support of this motion:

1) John W. Laymon, Esq., counsel for the defendant, has a state court appearance the morning of May 4, 2004, but is available the following week at the same time. Government counsel is also available for a status conference at 10:15 a.m. on May 11, 2004.

2) The parties agree that the period between April 29, 2004, the date originally scheduled for the final status and the date of expiration of the last order of excludable delay, through May 11, 2004, be excluded under the Speedy Trial Act.

WHEREFORE, the United States requests the Court to continue the final status conference until 10:15 a.m. on May 11, 2004, and

to exclude the period from April 29, 2004, through May 11, 2004, for purposes of the Speedy Trial Act.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

_____     By: /s/ Sandra S. Bower
JOHN W. LAYMON, Esq.             SANDRA S. BOWER
77 Franklin Street, 3rd Floor   Assistant U. S. Attorney
Boston, MA 02210                1 Courthouse Way, Suite 9200
617-338-0089                        Boston, MA 02210
                                          617-748-3184