UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  03-10389-PBS |
| v. | |
| DAVID PEREZ | |

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                              May 25, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Suppress Evidence and Statements on **June 18, 2004**, at **9:00 a.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                   By the Court,

                                                                     /s/ Robert C. Alba
                                                                    Deputy Clerk

Copies to:  All Counsel