UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 03-10389 PBS

DAVID PEREZ
    Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On May 11, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: December 18, 2003, through January 15, 2004 (35 days); February 5, 2004, through March 15, 2004 (39 days); March 15, 2004, through April, 29, 2004 (45 days); April 29, 2004, through May 11, 2004 (12 days), for a total of one hundred and thirty (130) days. The time period from January 16, 2004, through February 4, 2004 (20 days), has not been excluded. The total amount of time to proceed to trial is fifty (50) days as of May 11, 2004. There is a pending motion to suppress that will cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi;

7. There is a pending motion to suppress that requires a ruling by the District Judge before trial. A briefing schedule has been established; the government's time to respond to the defendant's motion to suppress is extended to May 14, 2004;

8. There is no need for a schedule concerning any matter in the case other than trial and the hearing on the defendant's motion to suppress;

9. Early resolution of the case without trial is still possible;

10. Trial is necessary. The estimated duration of the trial is two (2) days;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

    Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Rex Brown
    Courtroom Clerk

<u>June 3, 2004</u>
Date