UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  03-10389-PBS |
| v. | |
| DAVID PEREZ | |

**NOTICE OF EVIDENTIARY MOTION HEARING**

SARIS, U.S.D.J.                                                                                                       June 18, 2004

    TAKE NOTICE that the above-entitled case has been set for an Evidentiary Motion Hearing RE: Motion to Suppress by David Perez on **July 2, 2004**, at **2:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                             By the Court,

                             /s/ Robert C. Alba
                             Deputy Clerk

Copies to:  All Counsel