UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  03-10389-PBS

v.

DAVID PEREZ

**NOTICE OF RESCHEDULED MOTION HEARING**

SARIS, U.S.D.J.                                                                                       June 28, 2004

      The Motion Hearing re: Motion to Suppress previously scheduled for July 2, 2004, at 2:00 p.m. has been **rescheduled** to **July 2, 2004, at 9:00 a.m.**

**NOTE: Change is to time only.**


By the Court,


  /s/ Robert C. Alba
Deputy Clerk


Copies to:  All Counsel

resched.ntc