UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10389-PBS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID PEREZ, | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO CONTINUE HIS MOTION TO SUPPRESS HEARING

David Perez, by his attorney, John W. Laymon moves this Honorable Court to continue the presentation of defendant's case on his Motion To Suppress from July 16, 2004 to July 26 or 27, 2004.

As grounds for said Motion, the defendant submits that on information and belief, a witness, Susan Rivera, who was to be called as a witness on his behalf for suppression purposes has died. The defendant further asserts that in her place, he would like to call Mark Walker, a witness to his arrest on February 14, 2001. However, Mr. Walker is presently in state custody and his attorney needs time to arrange for his appearance at the suppression hearing. Therefore, he requests the additional time to attempt to make these arrangements.

DAVID PEREZ
By his attorney,

_____
John W. Laymon, Esquire
Law Offices of John W. Laymon
77 Franklin Street - 3rd Floor

Boston, MA 02110<br>
617-338-0089<br>
BBO# 289460

### CERTIFICATE OF SERVICE

I, John W. Laymon, hereby certify on this 13th day of July, 2004, a copy of the foregoing motion was served by first class mail, postage prepaid, upon A.U.S.A. Sandra Bower, One Courthouse Way, Boston, MA, 02210.

_____
John W. Laymon