## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10389-PBS

UNITED STATES OF AMERICA,    )
)
)
)
v.    )
)
)
)
DAVID PEREZ,    )
Defendant.    )
)
)

## DEFENDANT'S MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes the defendant, David Perez by his C.J.A. panel attorney and moves this Honorable Court to issue a habeas corpus ad testificandum for Mark Walker's appearance at the Motion To Suppress hearing in this case, which is scheduled for August 2, 2004.

As grounds for said motion, the defendant asserts that Mr. Walker's testimony is crucial to his prosecution of his Motion To Suppress the firearm, which was allegedly found by Lowell police officers, following a warrantless search of a Durango automobile on February 14, 2001. The defendant contends that the warrantless search of the Durango was not based on any exception to the search warrant requirement and the seizure of the firearm was made in violation of his rights, under the Fourth and Fourteenth Amendments of the United States Constitution. The defendant believes that Mr. Walker's testimony will support the defendant's contention that the warrantless search and seizure of the firearm was in violation of his constitutional rights and, therefore, should be suppressed in any proceeding against him.

Mr. Walker is presently lodged at the Suffolk County House of Corrections, 20 Bradston Street, Boston, MA 02118 serving a sentence.

For all of the aforementioned reasons, the defendant asks this Court to issue a writ of habeas corpus ad testificandum to the Suffolk County House of Correction for the appearance of Mr. Walker before this Court on August 2, 2004, since his testimony is necessary for the prosecution of his Motion To Suppress and for his defense to this Indictment.

DAVID PEREZ
By his attorney,

John W. Laymon, Esquire
Law Offices of John W. Laymon
77 Franklin Street - 3rd Floor
Boston, MA 02110
617-338-0089
BBO# 289460

## CERTIFICATE OF SERVICE

I, John W. Laymon, hereby certify on this 23 day of July, 2004, a
copy of the foregoing motion was served by first class mail, postage prepaid,
upon A.U.S.A. Sandra Bower, One Courthouse Way, Boston, MA, 02210.

John W. Laymon