**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

## TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of

his deputies, and to: Superintendent, Suffolk County House of Corrections.

YOU ARE COMMANDED to have the body of Mark Walker* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 13, on the 5th floor, on August 2, 2004, at 2:00 p.m. for the purpose of an Evidentiary Hearing in the case of United States of America V. David Perez, CR Number 03-10329-PBS. And you are to retain the body of said Mark Walker while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Mark Walker to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 23rd day of July, 2004.

* D.O.B unknown
  SS# unknown

PATTI B. SARIS
United States District Judge

TONY ANASTAS, CLERK

By: /s/ Robert C. Alba
SEAL                      Deputy Clerk