# United States District Court

DISTRICT OF ___MASSACHUSETTS___

UNITED STATES

DAVID PEREZ

**EXHIBIT** ▮▮▮▮▮▮ **LIST**

CASE NUMBER: 03-CR-10389-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | SANDRA BOWER | JOHN LAYMON |
| TRIAL DATE(S) 7-2-04, 8-2 | COURT REPORTER MARIE CLOONAN | COURTROOM DEPUTY ROBERT ALBA |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-2-04 | | ✓ | PARKING VIOLATION – CITY OF LOWELL |
| 2 | | 7-2-04 | | ✓ | TRANSCRIPT OF TAPE |
| | 1 | 7-2-04 | | ✓ | PHOTOGRAPH OF RED DODGE DURANGO |
| | 2 | 7-2-04 | | ✓ | PHOTOGRAPH OF PASSENGER SEAT OF DODGE DURANGO |
| | 3 | 7-2-04 | | ✓ | MOTOR VEHICLE ORDINANCE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.