# United States District Court

DISTRICT OF Massachusetts

**WITNESS LIST**

UNITED STATES v. DAVID PEREZ

CASE NUMBER: 03-CR-10389-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | SANDRA BOWER | JOHN LAYMON |
| **TRIAL DATE(S)** 7-2-04, 8-2 | **COURT REPORTER** MARIE CLOONAN | **COURTROOM DEPUTY** ROBERT ALBA |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7-2-04 | | | JOHN CULLEN — POLICE OFFICER |
| 2 | | 7-16-04 | | | MICHAEL BURKE — POLICE OFFICER |
| | 1 | 8-2-04 | | | MARK WALKER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages