UNITED STATES DISTRICT COURT   **8-2-04**
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
              V.            )
                            )   CRIMINAL No. 03-10389-PBS
DAVID PEREZ                 )
                            )
```

UNITED STATES' EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Map of Jackson Street | | | |
| 2 | Sundance Industries .25 caliber pistol, serial number 048288 | | | |
| 2A | Magazine to a .25 caliber pistol | | | |
| 2B | Seven rounds Frontier .25 caliber ammunition | | | |
| 3 | Glock model 23, .40 caliber pistol | | | |
| 3A | Magazine to a .40 caliber pistol | | | |
| 3B | 12 rounds .40 caliber ammunition | | | |
| 4 | $4,043 in currency | | | |
| 5 | Certified copy of 6/26/92 conviction in Lowell District Court | | | |

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 6 | Certified copy of 4/18/97 conviction in Middlesex Superior Court | | | |
| 7 | Certified copy of 9/29/93 conviction in Middlesex Superior Court | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| STIPULATION No. | DESCRIPTION | | | PUBLISHED |
|---|---|---|---|---|
| 1 | Previously convicted of a felony | | | |
| 2 | Interstate Commerce | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |