UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

8-2-04

UNITED STATES OF AMERICA

       v.                          Criminal No. 03-10389-PBS

DAVID PEREZ

## UNITED STATES' WITNESS LIST

Officer Michael Burke
Lowell Police Department

Probation Officer Jennifer Cassali
Middlesex Superior Court

Officer John Cullen
Lowell Police Department

Trooper Brian C. Gavioli
Massachusetts State Police Crime Laboratory
Firearms Identification Section

Detective Brian Keefe
Evidence Technician
Lowell Police Department

Detective Brian McMahon
Narcotics Evidence Officer
Lowell Police Department

Thomas P. Sendlenski
Massachusetts State Police Crime Laboratory

ATF Special Agent Angelo Thurman
Boston, Massachusetts

1