UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 03-10389-PBS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| v. | ) |
| | ) |
| **David Perez,** | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CONTINUE DATE OF SENTENCING

Now comes the defendant, David Perez, by his attorney, John W. Laymon, Esq., and moves this Court to continue the date of sentencing from November 16, 2004 to either December 27, 28, or 29, 2004.

As grounds for this motion, the defendant states that he has retained private counsel, Louis M. Saab to either seal or vacate his conviction of Larceny from a Person in the Lowell District Court. (See attached fax of 11/5/2004 from Attorney Saab, which is attached hereto and incorporated herein as Defendant's Exhibit A). If this conviction is sealed or vacated, then this defendant would have the opportunity to argue that he is not an armed career offender. (See page 2 of the attached letter of Objections to the Presentence Report). Giving the significant difference between the guideline ranges for the defendant if he is an armed career offender, as opposed to him not being classified as an armed career offender, it would be in the interest of justice to continue the date of sentencing. Moreover the government would not be prejudiced by the continuance.

DAVID PEREZ,
By his attorney,

*/s/ John Laymon*

John W. Laymon, Esquire
Law Offices of John W. Laymon
77 Franklin Street - 3rd Floor
Boston, MA 02110
(617) 338-0089
BBO# 289460

**Certificate of Service**

I, John W. Laymon, certify that on the 5th day of November, 2004 I mailed a copy of the foregoing motion, by first class mail, postage prepaid to A.U.S.A. Sandra Bower, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210.

*/s/ John Laymon*

John W. Laymon, Esquire