Law Offices of

# John W. Laymon, Esquire
e-mail: jwlaylaw@verizon.net

**Boston Office**
77 Franklin Street, 3rd Floor
Boston, MA 02110
Tel: 617-338-0089
Fax: 617-338-0090

**Metrowest Office**
543 Central Street
Holliston, MA 01746
Tel: 508-893-0109
Fax: 508-893-9799

October 29, 2004

Stephanie K. Henshaw
U.S. Probation Officer
U.S. Probation Office
1 Courthouse Way - Suite 1200
Boston, MA 02210

RE: **U.S.A. v. David Perez**
    **Crim. No. 03-10389-PBS**

Dear Ms. Henshaw:

Mr. Perez, by his attorney, John W. Laymon, makes the following objections to the Presentence Report:

1. Page 5, paragraph 29 - The Probation Officer states: "According to the offense conduct the firearm seized from the driver's seat [which was the seat occupied by the co-defendant Mr. Rivera] had an altered or obliterated serial number. As such section 2K2.1(b)(4) applies and two levels are added to the offense level." See App. Note, paragraph 19 of section 2K2.1.

   **OBJECTION**: The defendant asserts that in his plea on August 10, 2004, he only plead guilty to one gun, which was the gun found under his seat on the passenger side. The government further indicated it would not oppose the plea to the gun under the passenger seat as opposed to the gun with the obliterated serial number under the driver's seat. Therefore, two points should not be added as a specific offense characteristic.

2. Pages 7-9, paragraph 40 - U.S. Probation Officer states: "DYS records were requested and received. They indicate that the defendant was charged with Assault and Battery after he 'pushed and hit his mother in the face'."

   **OBJECTION**: Defendant asserts that: "I pushed my brother and my mother

reported the incident."

3. Page 6, paragraph 36 - The Probation Officer says that Mr. Perez is a armed career offender, since he has at least three prior convictions for a violent felony or a serious drug offense.

**OBJECTION**: The defendant asserts that he was not given his full colloquy on Larceny from a Person, see paragraph 42 on page 9, and therefore his private counsel, Louis Saab, is requesting the Lowell District Court to vacate this sentence.

Thus, the total offense level would be 21 with a Criminal History of 9. The sentence guideline range would be 57-71 months. (See paragraph 51).

> DAVID PEREZ
> By his attorney,
>
> *John Laymon*
> John W. Laymon, Esq.
> Law Offices of John W. Laymon, Esq.
> 77 Franklin Street, 3rd Floor
> Boston, MA 02110
> 617-338-0089
> BBO# 289460

**Certificate of Service**

I, John W. Laymon, certify that on October 29, 2004, I have delivered a copy of the foregoing complaint upon A.U.S.A. Sandra Bower, One Courthouse Way, Boston, MA 02210.

*John Laymon*
John W. Laymon, Esq.