03cr10389 PBS

Dear Judge Saris,                           12-9-04

My name is David Perez, jr. I currently have a case in your court and I am hoping you can help me with a small problem.

I have asked my lawyer on more than one occasion to file a motion to excuse himself from my case. Both times, he has told me to file my own motion. But since I am not an attorney and have no clue how to file a motion, I am hoping you will accept this letter as an equivalant.

I feel that this attorney, John Laymon, is not defending me to the best of his ability. Or he simply doesn't want to go the extra mile on issues that will determine whether I spend a _few_ years in prison or a _lot_ of years in prison.

I would like you to appoint me a new attorney. Preferably a law from the Federal Public Defender's Office. Because a lot of these attorneys that have their own practices and are assigned cases by

-2-

the court, they don't really take interest in the case, because they're not getting paid their normal rates.
I would really appreciate your help in this matter
Thank you and Have a good Christmas.

Sincerely
David Perez, jr.

DAVID PEREZ. JR. #28016
NORFOLK COUNTY CORR. CENT.
200 WEST ST.
DEDHAM, MA. 02027