# EX PARTE FILING