UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 03-10389

UNITED STATES )
)
VS. )
)
DAVID PEREZ, JR. et al. )

## MOTION TO DELAY SENTENCING UNTIL
## AFTER DEFENDANT VACATES A PRIOR CONVICTION

Now comes defendant David Perez and hereby moves that this Honorable Court delay sentencing defendant until such time as defendant can have a previous state conviction overturned.

As reason therefor, defendant states that the case he seeks to have overturned puts defendant into an armed career criminal category; that without that case defendant would be put in a 5 year category; that another person has admitted that he was the one who committed that previous crime; that as an armed career criminal defendant faces 15 years in prison; that defendant asked his current attorney, John Layman, to help him overturn the conviction and that attorney Layman said there was nothing he could do about that case, and he refused to do anything about it; that defendant is seeking to have attorney Layman discharged; that defendant's family had to scrape together $2500.00 to hire another attorney, Louis Saab, to try to overturn that conviction, but instead of filing a motion to get the conviction vacated Attorney Saab did something totally irrelevant with the Department of Corrections; and that defendant has acted in good faith trying to get that conviction overturned and he is currently seeking funds from this court to hire an attorney who can help him overturn the earlier conviction.

Defendant hereby incorporates the accompanying affidavit in support of this motion.

Date: 12-16-04

Respectfully submitted,

David Perez
N.C.C.C., PMX-8
200 West St., PO Box 149
Dedham, MA 02027-0149