UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 03-10389

UNITED STATES        )
                     )
VS.                  )
                     )
                     )
DAVID PEREZ, JR. et al.  )

## AFFIDAVIT IN SUPPORT OF MOTION TO DELAY SENTENCING UNTIL AFTER DEFENDANT VACATES A PRIOR CONVICTION

I, David Perez, Jr., hereby declare:

1) that the case I seek to have overturned puts me into an armed career criminal category;
2) that without that case I would be put in a 5 year category;
3) that another person has admitted that he was the one who committed that previous crime;
4) that as an armed career criminal I face 15 years in prison;
5) that I asked my current attorney, John Layman, to help me overturn the conviction and that attorney Layman said there was nothing he could do about that case, and he refused to do anything about it;
6) that I am seeking to have attorney Layman discharged;
7) that my family had to scrape together $2500.00 to hire another attorney, Louis Saab, to try to overturn that conviction, but instead of filing a motion to get the conviction vacated Attorney Saab did something totally irrelevant with the Department of Corrections;
8) that I have acted in good faith trying to get that conviction overturned;
9) that I am currently seeking funds from this court to hire an attorney who can help me overturn the earlier conviction.

Signed under the penalties of perjury on the __16__ th of December, 2004.

Respectfully submitted,

David Perez, jr.
N.C.C.C., PMX-8
200 West St., PO Box 149
Dedham, MA 02027-0149