## CERTIFICATE OF SERVICE

This is to certify that I, on this _16TH_ day of December, 2004, did serve upon Clerk-Criminal at 1 Courthouse Way, Boston, MA 02210 and the assistant USA an "MOTION TO DELAY SENTENCING UNTIL AFTER DEFENDANT VACATES A PRIOR CONVICTION" and supporting affidavit.

David Perez jr.
David Perez
N.C.C.C., PMX-4
200 West St., PO Box 149
Dedham, MA 02027-0149