UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  03-10389-PBS

v.

DAVID PEREZ

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                          January 4, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Delay Sentencing until after Defendant Vacates a Prior Conviction on **January 11, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel