ATTORNEY ASSIGNMENT REQUEST

Defendant:_____David Perez\_\_\_   Case & Defendant Number\_03-CR-10389-PBS\_\_\_\_\_

Date of Appointment:\_01/11/05\_\_   Appointed by:\_Saris, D.J.\_\_\_

Attorney Withdrawn\_John W. Laymon   Date of Withdrawal\_01/11/05\_\_

Reason for Withdrawal\_ Irreconcilable differences\_\_

Number of Counts_____1\_\_\_

Charge(s) and Cite(s)\_18 USC Section 922(g)(1) Felon in Possession of a Firearm\_\_

Indictment\_\_\_X\_\_\_\_\_   Information_____   Probation Revocation_____

Number of Defendants_____1_____

Judge Code\_\_0129_____

Special Instructions:\_Appointment of new counsel for sentencing. Court has scheduled a status conference for February 11, 2005, at 2:00 p.m. to discuss scheduling of sentencing. Federal Defender has a conflict_____

_____

\_/s/ Robert C. Alba\_\_\_\_\_
Deputy Clerk

Dated   January 11, 2005

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]