UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                                    CRIMINAL ACTION
                                                    NO.   03-10389-PBS

              v.

DAVID PEREZ


### NOTICE OF RESCHEDULED SENTENCING


SARIS, U.S.D.J.                                          March 2, 2005


        The Sentencing previously scheduled for March 16, 2005, has been **rescheduled** to **March 22, 2005, at 4:15 p.m.**



                                        By the Court,



                                         /s/ Robert C. Alba
                                        Deputy Clerk



Copies to:  All Counsel



resched.ntc