UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                      CRIMINAL NO.   03-10389-PBS

DAVID PEREZ
    Defendant

### MEMORANDUM OF SENTENCING HEARING
### AND
### REPORT OF STATEMENT OF REASONS

Saris, D.J.

Counsel and the defendant were present for sentencing hearing on 3/22/05. The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines. The reasons for sentence were stated in open court.

1. (a)  Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

    __X__ yes    _____ no

   (b)  If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.  Are any legal issues in dispute?

    _____ yes    __X__ no

    If yes, describe disputed issues and their resolution:

3. (a)  Tentative findings as to advisory guidelines are:

    Total Offense Level: _____30_____

    Criminal History Category: ____IV____

    __135__ to __168__ months imprisonment

    __36__ to __60__ months supervised release

    $__15,000__ to $____150,000____ fine

          (plus $_____ cost of
          imprisonment/supervision)

$_____ restitution

$___100.00_____ special assessment ($_____ on each of counts _____)

(b) Are there any legal objections to tentative findings?

    _____ yes   __X__ no

4(a) Remarks by counsel for defendant.[1]

    __X__ yes   _____ no

(b) Defendant speaks on own behalf.

    __X__ yes   _____ no

(c) Remarks by counsel for government.

    __X__ yes   _____ no

5.(a) The sentence will be imposed as follows:

_____180_____ months imprisonment [STATUTORY MINIMUM) WITH A JUDICIAL RECOMMENDATION TO THE 500 HOUR DRUG PROGRAM; WITH A RECOMMENDATION TO A FCI IN THE NORTHEAST WHERE HIS FAMILY RESIDES

_____ months/intermittent community confinement

_____ months probation

_____60_____ months supervised release

$ _____ fine (including cost of imprisonment/supervision)

$_____ restitution

$ ___100.00_____ special assessment ($_____ on each of counts _____)

* FULL CREDIT SHALL BE GIVEN FOR STATE INCARCERATION ON THIS CHARGE 2/14/01 TO 7/16/02

Other provisions of sentence: (community service, forfeiture, etc.):

- MENTAL HEALTH COUNSELING
- DRUG TESTING AND TREATMENT
- DEFENDANT SHALL PROCURE EMPLOYMENT

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

    (b)    After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

6. Statement of reasons for imposing sentence. Check appropriate space.

(a) _X_ Sentence is within the advisory guideline range

(b) ___ Sentence departs from the advisory guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

7. (a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

    _X_ yes  ___ no

(b) If no, why is the guideline sentence unreasonable?

(c) Is restitution applicable in this case?

    ___ yes  _X_ no

Is full restitution imposed?

    ___ yes  ___ no

If no, less than full restitution is imposed for the following reasons:

(d) Is a fine applicable in this case?

    __X__ yes   ____ no

Is the fine within the guidelines imposed?

    ____ yes   __X__ no

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

__X__ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

__X__ Imposition of a fine would unduly burden the defendant's dependents; OR

____ Other reasons as follows:


8. Was a plea agreement submitted in this case?

    ____ yes   ____ no

Check appropriate space:

____ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

__X__ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable advisory guideline range.

____ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

9. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

10. Judgment will be prepared by the clerk in accordance with above.

11. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

```
                                       S/PATTI B. SARIS
_____                 _____
      Date                          United States District Judge
```